

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohammad Amin Dawlatzai | **Civil Action No.** 26-cv-00850-BJC-DDL |
| **Plaintiff,** | |
| V. | |
| see attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The petition for writ of habeas corpus is granted Respondents shall immediately release Petitioner. Respondents are enjoined from re-detaining Petitioner without first following the procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i), and any other applicable statutory and regulatory procedures.

**Date:**          5/12/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-00850-BJC-DDL

Christopher LaRose, Senior Warden of Otay Mesa Detention Center; Kristi Noem, Secretary of the U.S. Department of Homeland Security; Todd M Lyons, Acting Director of the U.S. Immigration and Custom Enforcement; Patrick Divver, Regional Director Enforcement, and Removal Operations, San Diego Field Office, U.S. Immigration and Custom Enforcement

Respondents